# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN S. PULIDO-SANCHEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>BANK OF NEW YORK MELLON, fka<br>BANK OF NEW YORK,<br><br>        Defendant. | Case No. 2:13-cv-01262-APG-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (#3) dated July 17, 2013, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#3) no later than **August 19, 2013**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 8th day of August, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge