UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUAN S. PULIDO-SANCHEZ, | Case No. 2:13-cv-01262-APG-GWF |
| Plaintiff, | ORDER |
| v. | |
| BANK OF NEW YORK MELLON FKA BANK OF NEW YORK, | |
| Defendant. | |

On October 23, 2013, the Court entered its Order dismissing Plaintiff's Complaint for failure to state a claim upon which relief can be granted. (Dkt. #14.) Plaintiff was given 30 days to file an Amended Complaint, or the case would be closed. (*Id.* at 7:10-15.) Plaintiff filed a motion to extend the time to file an Amended Complaint (Dkt. #16), which the Court denied. (Dkt. #17). Since then, Plaintiff has not filed an Amended Complaint. Accordingly,

**IT IS HEREBY ORDERED** that this matter is closed. The Clerk is directed to accept no further filings in this matter.

Dated: May 6, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE